TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00355-CV

Herbert Phillips dba Fast Action Service Team also dba Phoenix Restoration, Appellant

v.

Edna Martinez, Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY

NO. 246,141, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING 

PER CURIAM 

 By joint motion, the parties represent that they have settled their differences and
wish to have the trial court judgment vacated and the cause dismissed. We grant the motion,
vacate the trial court judgment and dismiss the cause.

Before Justices Jones, Yeakel and Patterson

Judgment Vacated and Cause Dismissed on Joint Motion

Filed: July 27, 2000

Do Not Publish